**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD WARD, JR.,

    Petitioner,

  v.

CITY OF SAN JOSE, et al.,

    Respondents
                               /

No. C-06-1446 MMC

**ORDER STRIKING PETITIONS FILED MAY 5, 2006 AND MAY 16, 2006; DIRECTIONS TO CLERK**

        By order filed April 14, 2006, the Court dismissed petitioner Ronald Ward, Jr.'s First Amended Petition, without leave to amend. On May 5, 2006, plaintiff, without explanation, filed a new petition, apparently intending to file a Second Amended Petition, and, on May 16, 2006, plaintiff filed another petition, apparently intending to amend yet again.

        Because the Court has not permitted further leave to amend, the petitions filed by petitioner on May 5, 2006 and May 16, 2006 are hereby STRICKEN. Moreover, neither of the newly-filed petitions cures the deficiencies identified in the Court's order of April 14, 2006, specifically, neither alleges petitioner was in custody when he instituted the instant action and neither names a proper respondent.

        The Clerk is hereby DIRECTED to enter judgment of dismissal in favor of defendants and close the file.

        **IT IS SO ORDERED.**

Dated: June 5, 2006

                                                    MAXINE M. CHESNEY
                                                    United States District Judge